UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. PUENTES,<br><br>                              Plaintiff,<br><br>v.<br><br>TRUE ACCORD CORPORATION,<br><br>                              Defendant. | Case No.:  23-cv-1785-RSH-AHG<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On January 18, 2024, Plaintiff filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 6. Defendant has not served an answer. In light of Plaintiff's notice, IT IS HEREBY ORDERED that this action be dismissed with prejudice. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED**.

Dated:  January 19, 2024

_____
Hon. Robert S. Huie
United States District Judge